**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7632**

—————————

GENE W. GAYLOR,

                    Petitioner - Appellant,

      versus

COMMONWEALTH OF VIRGINIA,

                    Respondent  - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-97-478-R)

—————————

Submitted:  March 12, 1998        Decided:  March 25, 1998

—————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Gene W. Gaylor, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing for lack of jurisdiction his petition for a writ of error coram nobis filed under 28 U.S.C. § 1651 (1994), and his successive habeas corpus petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Gaylor v. Virginia, No. CA-97-478-R (W.D. Va. Oct. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2